UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WARREN ERIC ARMSTEAD, | ) | Case No. CV 11-6189 CAS (MRW) |
|         Petitioner, | ) | |
|    vs. | ) | JUDGMENT |
| LINDA SANDERS, Warden, | ) | |
|         Respondent. | ) | |
| _____ | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATE: November 3, 2011

                                        *Christina A. Snyder*
                                        _____
                                        HON. CHRISTINA A. SNYDER
                                        UNITED STATES DISTRICT JUDGE